# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**BERNERD JACQUES,**

       **Plaintiff,**

**v.**                                        **CASE NO. 3:13-CV-00439**

**KNOX COUNTY SCHOOLS,**

       **Defendant.**

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned attorneys, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff's complaints against the defendant Knox County Schools, in Case Nos. 3:13-cv-00439 are dismissed with prejudice and on the merits, and that a judgment of dismissal with prejudice and on the merits may be entered hereon pursuant hereto without further notice. Costs will be taxed to the Defendant.

s/ George Underwood
George T. Underwood, Jr. (BPR #013077)
Underwood Law Office, P.C.
5401 Kingston Pike, Suite 520B
Knoxville, Tennessee 37919
(865) 450-9819
Attorney for Plaintiff Bernerd Jacques

s/ David M. Sanders
David M. Sanders (BPR # 016885)
Deputy Knox County Law Director
Suite 612, City County Building
400 Main Street
Knoxville, Tennessee 37902
(865) 215-2327
Attorney for Knox County Schools

# **ORDER**

The Court hereby approves the forgoing stipulation of voluntary dismissal with prejudice in *Bernerd Jacques v. Knox County Schools,* United States District Court for the Eastern District of Tennessee at Knoxville, Case No. 3:13-cv-00439, and adopts the Stipulation as its Order. This disposes of the entire action and all claims contained therein.

**IT IS SO ORDERED.**

ENTER:

_____
UNITED STATES DISTRICT JUDGE